# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CIRIACO LORETO DELACRUZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0244
_____

July 8, 2026

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.

VILLANTI, Judge.

Ciriaco Delacruz appeals his judgment and sentences. We affirm the judgment without further discussion. However, we reverse the sentences insofar as the trial court impermissibly imposed a $10.00 fee for recording under section 28.24(13), Florida Statutes (2024), which does not apply to criminal cases. *See Glaubius v. State*, 401 So. 3d 580, 584 (Fla. 2d DCA 2025). On remand, the trial court shall strike the fee from Mr. Delacruz's sentences. The sentences are affirmed in all other respects.

Affirmed in part, reversed in part, and remanded with instructions.

LUCAS, C.J., and GUARD, J., Concur.

——————————————

Opinion subject to revision prior to official publication.